# Third District Court of Appeal

## State of Florida

Opinion filed October 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-662
Lower Tribunal No. 15-26463
_____

**Sharon Moore Bode, et al.,**
Appellants,

vs.

**Wilmington Savings Fund Society, FSB, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

David J. Winker, P.A., and David J. Winker, for appellants.

Lender Legal PLLC, and Danielle N. Waters (Orlando), for appellee.

Before LINDSEY, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>IndyMac Fed. Bank FSB v. Hagan</u>, 104 So. 3d 1232, 1236 (Fla. 3rd DCA 2012) ("Florida case law is clear that the substance of an objection to a foreclosure sale under section 45.031(5) must be directed toward conduct that occurred at, or which related to, the foreclosure sale itself.").